# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Shodeen, Anita L. | Bankruptcy Southern Iowa | 05/15/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge full-time | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

Federal Courthouse Annex
110 East Court Avenue, Suite 447
Des Moines, IA 50309

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2012 | Drake University Law School Speaker fee $900 lump sum payment (approved by Circuit Chief Judge 09-12-2012) |
| 2. 2012 | Successor panel trustee and Beving, Swanson & Forrest, P.C. for percentage fees paid upon collection related to work completed prior to appointment. |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shodeen, Anita L.. | 05/15/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Beving, Swanson & Forrest, P.C. | $4,637.91 |
| 2. 2012 | Drake University Law School speaker fee | $900.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Des Moines University salary |
| 2. 2012 | Wandro & Associates salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | October 23-27, 2012 | San Diego, CA | Annual Meeting | Hotel, tranportation, meals |
| 2. | Bankruptcy Seminars, Inc. | August 22-24, 2012 | Mason City, IA | Seminar | Hotel, meals, registration |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shodeen, Anita L.. | 05/15/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Bank | credit card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shodeen, Anita L. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | A | Dividend | J | T | | | | | |
| 2. -Vanguard Inflations Protected Securities Fund | A | Dividend | J | T | | | | | |
| 3. IRA#2 | A | Dividend | K | T | | | | | |
| 4. -Vanguard REIT Index | A | Dividend | K | T | | | | | |
| 5. Rollover IRA #1 | C | Dividend | L | T | | | | | |
| 6. -Vanguard Pacific Stock Index | A | Dividend | K | T | | | | | |
| 7. -Vanguard European Stock Index | A | Dividend | K | T | | | | | |
| 8. -Vanguard REIT Index | B | Dividend | K | T | | | | | |
| 9. Rollover IRA #2 | A | Dividend | K | T | | | | | |
| 10. -Vanguard REIT Index | A | Dividend | J | T | | | | | |
| 11. Rollover IRA #3 | C | Dividend | M | T | | | | | |
| 12. -Vanguard Energy Fund | B | Dividend | L | T | | | | | |
| 13. -Vanguard Inflation Protected Securities Fund | B | Dividend | K | T | | | | | |
| 14. Equitable 403(b) | A | Dividend | | | Sold | 03/15/12 | N | | |
| 15. -EQ Equity 500 Index | A | Dividend | | | Sold | 03/15/12 | M | | |
| 16. -EQ Small Company Index | A | Dividend | | | Sold | 03/15/12 | M | | |
| 17. -EQ Gameco Small Company Value | A | Dividend | | | Sold | 03/15/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shodeen, Anita L. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Multi Manager Core Bond | A | Dividend | | | Sold | 03/15/12 | L | | |
| 19. -EQ Global Bond | A | Dividend | | | Sold | 03/15/12 | K | | |
| 20. TIAA-CREF 403(b) | A | Dividend | | | Sold | 03/26/12 | M | | |
| 21. -CREF Bond Market | A | Dividend | | | Sold | 03/26/12 | K | | |
| 22. CREF Equity Index | A | Dividend | | | Sold | 03/26/12 | L | | |
| 23. Vanguard Prime Money Market | A | Dividend | | | Sold | 06/06/12 | J | | |
| 24. Uniform Gift to Minor | B | Dividend | L | T | | | | | |
| 25. -Vanguard Total Stock Market Index | A | Dividend | J | T | | | | | |
| 26. Uniform Gift to Minor | A | Dividend | K | T | Sold (part) | 07/18/12 | K | | |
| 27. -Vanguard Pacific Stock Index Fund | A | Dividend | J | T | Sold (part) | 07/18/12 | J | | |
| 28. -Vanguard European Stock Index Fund | A | Dividend | J | T | Sold (part) | 07/18/12 | J | | |
| 29. -Vanguard Total Stock Market Index | A | Dividend | K | T | Sold (part) | 07/18/12 | J | | |
| 30. -Vanguard Small Cap Val. Index | A | Dividend | J | T | Sold (part) | 07/18/12 | J | | |
| 31. Wells Fargo Bank (accounts) | A | Interest | K | T | | | | | |
| 32. IRA #3 | B | Dividend | K | T | | | | | |
| 33. -Vanguard Precious Metals & Mining Fund | B | Dividend | K | T | | | | | |
| 34. -Vanguard Total International Stock Index Fund | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shodeen, Anita L. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.    RA | D | Dividend | N | T | | | | | |
| 36. -Vanguard Total International Stock Index | C | Dividend | M | T | | | | | |
| 37. -Vanguard Inflation Protected Securities | B | Dividend | K | T | | | | | |
| 38. -Vanguard International Explorer | B | Dividend | L | T | | | | | |
| 39. -Vanguard Emerging Markets Stock Index | B | Dividend | L | T | | | | | |
| 40. -Vanguard Total Bond Market Index | C | Dividend | M | T | | | | | |
| 41. Vanguard Taxable Joint Account | B | Int./Div. | K | T | Sold (part) | 06/06/12 | K | | |
| 42. -Total International Stock | A | Dividend | | | Sold | 06/06/12 | J | | |
| 43. -Total Stock | A | Dividend | | | Sold | 06/06/12 | J | | |
| 44. -Intermediate Tax Exempt | A | Dividend | J | T | | | | | |
| 45. -Limited Term Tax Exempt | A | Dividend | J | T | | | | | |
| 46. -Vanguard Prime Money Market | A | Int./Div. | | | Sold | 06/06/12 | J | | |
| 47. John Hancock Life Insurance Company | A | Interest | J | T | | | | | |
| 48.    RA #2 | A | Dividend | J | T | Buy | 05/16/12 | J | | |
| 49. -Vanguard Total Stock | A | Dividend | K | T | Buy | 05/16/12 | J | | |
| 50. Rollover IRA #4 | D | Dividend | J | T | | | | | |
| 51. -Vanguard Small Cap Index | B | Dividend | L | T | Buy | 03/23/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shodeen, Anita L. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Vanguard Small Cap Value | C | Dividend | M | T | Buy | 03/23/12 | M | | |
| 53. -Vanguard Bond Market Index | B | Dividend | K | T | Buy | 04/02/12 | K | | |
| 54. -Vanguard Total Stock Market Index | C | Dividend | M | T | Buy | 03/23/12 | L | | |
| 55. -Vanguard 500 Index | B | Dividend | M | T | Buy | 03/23/12 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shodeen, Anita L. | 05/15/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

III (A)(1)  Non-Investment Income

Payment is made directly to my former law firm, Beving, Swanson & Forrest, P.C..  Based upon an agreement in place with Beving, Swanson & Forrest, P.C. I then receive a percentage of collected amounts that are reported on a 1099 tax form at year end.

| Name of Person Reporting | Date of Report |
|---|---|
| Shodeen, Anita L. | 05/15/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Anita L. Shodeen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544